JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL K. GARDNER, | CASE NO. CV 13-07348 MMM (FFMx) |
| Plaintiffs, | |
| vs. | JUDGMENT FOR DEFENDANTS |
| BANK OF AMERICA, NA; WELLS FARGO BANK, NA; WELLS FARGO HOME MORTGAGE; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; NO RED TAPE MORTGAGE; FIRST HORIZON HOME LOAN CORPORATION; DOES 1-10, | |
| Defendants. | |

Plaintiffs Michel Gardner and Alvin Brown filed this action on October 3, 2013, alleging claims for violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, violation of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, *et seq.*, violation of the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788, et seq., California's Unfair Competition Law, California Business & Professions Code § 17200 *et seq.*, wrongful foreclosure, breach of contract, and breach of the implied covenant of good faith and fair dealing. On November 13, 2013, Gardner and Brown voluntarily dismissed their claims against defendant No Red Tape Mortgage. On February 3, 2014, the court dismissed all of Brown's claims for lack of standing. On May 29, 2014, the court dismissed Gardner's claims against First Horizon Home Loan Corporation with prejudice for failure to prosecute. On October 14, 2014, the court entered

an order dismissing Gardner's claims against Bank of America, Wells Fargo Bank, and First American Trustee Servicing Solutions LLC with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That the claims of plaintiff Alvin Brown are dismissed for lack of standing;
2. That plaintiff Michel Gardner take nothing by way of her complaint; and
3. That the action be, and it is hereby, dismissed.

DATED: October 15, 2014

JS-6

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE